# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND GEARHART, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 10-3283-CV-S-RED |
| JUAN D. CASTILLO, Warden United States Medical Center for Federal Prisoners, | ) ) ) ) ) |
| Respondent. | ) |

## ORDER

Before the Court is Petitioner's Motion for Reconsideration of Counsel for Petitioner's Motion to Withdraw (Doc. 53) and the Report and Recommendation of the United States Magistrate Judge (Doc. 50). After careful consideration, the Court **DENIES** Petitioner's motion for reconsideration (Doc. 53). Furthermore, after careful and independent review of the submissions, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 50) in full. Defendant's Motion for Summary Judgment (Doc. 35) is **GRANTED** and the above captioned case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

DATED: April 23, 2013

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Greg Kays*
　　　　　　　　　　　　　　　　　　　　　　　GREG KAYS, JUDGE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT